Saddie T. Johns (#217418)
Law Offices of Saddie T. Johns
447 S. Robertson Blvd., Suite 104
Beverly Hills, CA 90211
Telephone:(310) 860-0812
Facsimile: (310) 860-0814

Mark G. Cunningham (#119637)
Ike Sherman (#284481)
Cunningham & Sherman, LLP
101 Moody Court, Suite 201
Thousand Oaks, CA 91360
Telephone:(818) 999-1184
Facsimile: (818) 999-1284

Attorneys for Plaintiff, TSELOT ABDISSA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

| | |
|---|---|
| TSELOT ABDISSA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOAD TO RIDE TRANSPORTATION, LLC, DANIEL PAUL STEELY, AN INDIVIDUAL, , and DOES 1 to 20, Inclusive,<br><br>    Defendants. | CASE NO: 2:23-CV-00378-WBS-AC<br>[Assigned to the Hon. William B. Shubb in Courtroom 5, 14th Fl.]<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ON OCTOBER 10, 2023 AND (**PROPOSED**) ORDER**<br><br>Complaint Filed:  12/12/2022<br>Trial Date:  None |

**TO THIS HONORABLE COURT:**

**WHEREAS,** Plaintiff, TSELOT ABDISSA, recently associated Cunningham & Sherman, LLP, located at 101 Moody Ct., Suite 201, Thousand Oaks, CA 91360, Telephone (818) 999-1184, to act as co-counsel for Plaintiff with the Law Offices of Saddie T. Johns throughout the course of this litigation. Mark Cunningham of Cunningham & Sherman, LLP has assumed the primary handling of the litigation.

The court set this matter for a settlement conference on October 10, 2023 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan.

Mr. Cunningham is not available for the settlement conference on October 10, 2023.

Also, the Defendants need additional time to complete discovery before a settlement conference can take place including taking the Plaintiff's deposition and scheduling a defense medical examination.

Accordingly, Plaintiff and the Defendants, by and through their attorneys of record, hereby stipulate and agree to move the settlement conference on October 10, 2023 to a date within the next 90-120 days.

IT IS SO STIPULATED:

DATED: September 12, 2023        Cunningham & Sherman, LLP.

By: *Mark Cunningham*
    MARK G. CUNNINGHAM, Esq.
    Attorneys for Plaintiff, TSELOT ABDISSA


DATED: September 12, 2023        DIEPENBROCK & COTTER, LLP

By:*/s/ Sarah K. Glatt* _____
    SARAH K. GLATT
    Attorneys for Defendants LOAD TO RIDE
    TRANSPORTATION LLC and DANIEL
    PAUL STEELY

**ORDER**

Based on the above stipulation and good cause appearing, the Court hereby makes the following order:

1. The Settlement Conference scheduled on October 10, 2023 is continued to February 6, 2024 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan.

2. The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

IT IS SO ORDERED:

DATED: September 14, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND (~~PROPOSED~~) ORDER**